IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-20104

Summary Calendar

_____


LEAANNE KLENTZMAN; ET AL,

                    Plaintiffs,

LEAANNE KLENTZMAN; PEGGY WHITE; ROBERT AMIE; STEPHEN
BRAUNHOLZ,

                    Plaintiffs - Appellants,

v.

FORT BEND COUNTY, TEXAS,

                    Defendant - Appellee.


_____

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-2480)
_____

July 27, 1998

Before KING, DAVIS, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is VACATED (except as to

Wayne Coleman) and the case is REMANDED to the district court for

reconsideration in the light of <u>Brady v. Ft. Bend County</u>, No. 96-

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

20886, 1998 WL 353861 (5th Cir. July 2, 1998).  Costs are to be

borne by appellee.